JAMES STEPP v. R. P. ROBINSON.

(Filed 23 December, 1931.)

APPEAL by defendant from *Schenck, J.,* at April-May Term, 1931, of HENDERSON.

Civil action for damages, tried upon the following issues:

"1. Did the defendant, R. P. Robinson, prevent the plaintiff, James F. Stepp, from reading the deed, Exhibit C, by means of fraud, as alleged in the complaint? Answer: Yes.

"2. If so, what amount of damage is the plaintiff, James F. Stepp, entitled to recover of the defendant, R. P. Robinson? Answer: $2,500."

From a judgment on the verdict, the defendant appeals, assigning errors.

*W. R. Sheppard and O. V. F. Blythe for plaintiff.*
*R. S. Eaves and Stover P. Dunnagan for defendant.*

PER CURIAM. The record contains no exceptive assignment of error which can be sustained. On the trial, the case resolved itself into a contest over disputed facts. The verdict speaks for itself.

In the absence of demonstrated error, the verdict and judgment will be upheld.

No error.